No. 87–6348. CRAWFORD v. FOLTZ, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 87–6350. BILAL v. MONTGOMERY WARD & CO. C. A. 8th Cir. Certiorari denied.

No. 87–6351. BESPALCHENKO v. GERMAN FEDERAL GOVERNMENT ET AL. C. A. D. C. Cir. Certiorari denied.

No. 87–6362. HOLT v. CASTANEDA. C. A. 9th Cir. Certiorari denied.

No. 87–6369. MALFATTO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 87–6373. CALO v. MCMACKIN, SUPERINTENDENT, MARION CORRECTIONAL INSTITUTION. C. A. 6th Cir. Certiorari denied.

No. 87–6374. WOODLIFF v. LYLES, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 87–6375. WILLIAMS v. SNOW, CHAIRMAN, BOARD OF PARDONS AND PAROLES, ET AL. C. A. 11th Cir. Certiorari denied.

No. 87–6387. SMITH v. LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 87–6388. WHITTINGTON v. CUNNAGIN, LAUREL COUNTY ATTORNEY, ON BEHALF OF ENGLERT, ET AL. Sup. Ct. Ky. Certiorari denied.

No. 87–6392. DIGGS v. OWENS, SUPERINTENDENT, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 87–6398. LIPSEY v. FEDERAL DEPOSIT INSURANCE CORPORATION ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 87–6401. LOVE v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 87–6402. GENTILE v. MONTEFIORE HOSPITAL, INC., ET AL. C. A. 3d Cir. Certiorari denied.